UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFTABLE MEDIA INC., <br><br> Plaintiff, <br><br> v. <br><br> TOUT INC, <br><br> Defendant. | Case No. 17-cv-06277-EMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO EXTEND TIME TO OPPOSE MOTION FOR WRIT OF ATTACHMENT** <br><br> Docket No. 22 |

Plaintiff Liftable Media Inc. has filed suit against Defendant Tout Inc., asserting claims for, *inter alia*, breach of contract. Liftable has moved the Court for a pretrial remedy – more specifically, for a right to attach order and for issuance of a writ of attachment. This is a remedy provided for under California law. Currently pending before the Court is Tout's motion for an extension of time to oppose Liftable's attachment motion. Tout asks to be given until January 29, 2018, which is almost three weeks past the currently scheduled hearing date (of January 10, 2018), to file an opposition.

The Court hereby **GRANTS** in part and **DENIES** in part Tout's request for an extension. The hearing on Liftable's attachment motion is rescheduled for January 18, 2018, at 1:30 p.m. Tout's opposition to the motion shall be filed by December 28, 2017. Liftable's reply shall be filed by January 4, 2018.

This order disposes of Docket No. 22.

**IT IS SO ORDERED**.

Dated: December 12, 2017

_____
EDWARD M. CHEN
United States District Judge