SNELL & WILMER
L.L.P.
LAW OFFICES
350 SOUTH GRAND AVENUE
SUITE 3100
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFTABLE MEDIA INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOUT, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:17-CV-06277-EMC<br><br>Hon. Edward M. Chen<br><br>**Order re Dismissal**<br><br>Complaint Filed: October 30, 2017 |

Having considered plaintiff Liftable Media Inc.'s and defendant Tout, Inc.'s Stipulation re Dismissal, and good cause appearing, IT IS HEREBY ORDERED that:

1. The above-captioned action is dismissed in its entirety with prejudice; and
2. Liftable Media Inc. and Tout, Inc. shall bear their own attorneys' fees and costs in connection with this action.

IT IS SO ORDERED.

Dated: 5/30/18



Judge Edward M. Chen
_____ Court Judge

4823-1172-2086

ORDER RE DISMISSAL
CASE NO. 3:17-CV-06277-EMC